# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROLANDIS CHATMON,**
ADC #140078                                                                 **PETITIONER**

v.                      **Case No. 4:21-cv-00172 KGB**

**DEXTER PAYNE,**
Director, Arkansas Division of Corrections                   **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 3). Petitioner Rolandis Chatmon filed objections to the Recommended Disposition (Dkt. No. 4). The Court finds no merit in Mr. Chatmon's contention that this is his "first habeas corpus in Federal Court because the previous one was filed as a result of fraud, deception, perpetrated by the State Court," acting through an unauthorized agent (Dkt. No. 4, at 3). The Court also finds no merit in Mr. Chatmon's contention that the state trial court lacked subject matter jurisdiction over his criminal case (*Id.*).

After careful review of the Recommended Disposition and Mr. Chatmon's objections, as well as a *de novo* review of the record, the Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects (Dkt. No. 3). The Court denies Mr. Chatmon's petition for writ of habeas corpus (Dkt. No. 2). The Court denies as moot Mr. Chatmon's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). The Court denies as moot Mr. Chatmon's motion for status update (Dkt. No. 8). The Court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

So ordered this 1st day of September, 2022.

_____
Kristine G. Baker
United States District Judge