IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROLANDIS CHATMON,**
**ADC #140078**                                                                                          **PETITIONER**

v.                              Case No. 4:21-cv-00172 KGB

**DEXTER PAYNE,**
**Director, Arkansas Division of Corrections**                          **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Rolandis Chatmon's claims are dismissed without prejudice. The relief sought is denied. The Court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

So adjudged this 1st day of September, 2022.

_____
Kristine G. Baker
United States District Judge